# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Kevin Drew Burchette, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:19-cv-00080-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Jake J. Brown et al, | ) | |
| | ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 25, 2020 Order.

March 25, 2020

*[signature]*

Frank G. Johns, Clerk
United States District Court